## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 23-61600-CIV-SINGHAL

Sugift Inc,

                  Plaintiff,

    v.

The Individuals, Partnerships and Unincorporated
Associations Identified on Schedule "A",

                  Defendants.       /

_____

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Sugift Inc, by and through undersigned counsel, and pursuant to Fed. R. Civ. P.

41(a)(1)(A)(i), hereby voluntarily dismisses Defendant No. 1 motorpartners and Defendant No. 6

yizhimianyang01 without prejudice.

Dated November 27, 2023.        Respectfully submitted,

                            /s/ Andrew J. Palmer_____
                            Andrew J. Palmer
                            Jared W. Gasman Attorney, P.A.
                            5353 N. Federal Highway, Suite 402
                            Fort Lauderdale, FL 33308
                            Phone: 954-771-7050
                            ajpalmer@gasmanlaw.com
                            dkang@gasmanlaw.com